# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MICHAEL F. THOMPSON, in his capacity as court-appointed receiver for Traffic Monsoon, LLC, and Charles D. Scoville,<br><br>    Plaintiff,<br>v.<br><br>IMTIAZ ASLAM, PIOTR CHAJKOWSKI, VINCENT BOUTIN, MAURIZIO LONGO, ERNEST GANZ, DAVID BARKER, MOHAMMED YASIN, ADIL KHAN, JAVEDIQBAL NAEEM, LIMITED BY INVITATION, and SHARON JAMES,<br><br>    Defendants. | **DEFAULT JUDGMENT AGAINST IMTIAZ ASLAM**<br><br>Case No. 2:19-cv-00275-JNP-CMR<br>The Honorable Jill N. Parrish |

IT IS ORDERED AND ADJUDGED that plaintiff Michael F. Thompson, in his capacity as the court-appointed receiver for Traffic Monsoon, LLC and Charles Scoville, is awarded judgment against defendant Imtiaz Aslam in the amount of $6,910,721.52, comprised of the principal amount of $5,084,270.82 plus prejudgment interest in the amount of $1,826,450.70. There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, this default judgment is a final judgment.

DATED October 10, 2023.

BY THE COURT:

_____
The Honorable Jill N. Parrish
United States District Court