# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MICHAEL F. THOMPSON, in his capacity as court-appointed receiver for Traffic Monsoon, LLC, and Charles D. Scoville,<br><br>  Plaintiff,<br>v.<br><br>IMTIAZ ASLAM, PIOTR CHAJKOWSKI, VINCENT BOUTIN, MAURIZIO LONGO, ERNEST GANZ, DAVID BARKER, MOHAMMED YASIN, ADIL KHAN, JAVEDIQBAL NAEEM, LIMITED BY INVITATION, and SHARON JAMES,<br><br>  Defendants. | **JUDGMENT AS TO MAURIZIO LONGO**<br><br>Case No. 2:19-cv-00275-JNP-CMR<br>The Honorable Jill N. Parrish |

IT IS ORDERED AND ADJUDGED that the claims against defendant Maurizio Longo are dismissed without prejudice.

DATED September 30, 2024.

                                            BY THE COURT:

                                            _____
                                            The Honorable Jill N. Parrish
                                            United States District Court